**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2314**

INDEPENDENCE FEDERAL SAVINGS BANK,

            Plaintiff – Appellee,

      v.

JAY BONANZA BRILEY; CONSTANCE H. BRILEY,

            Defendants – Appellants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Liam O'Grady, District Judge.  (1:08-cv-01189-LO-JFA)

Submitted:  August 19, 2010          Decided:  August 26, 2010

Before MOTZ, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jay Bonanza Briley; Constance H. Briley, Appellants Pro Se. Stephen Warren Nichols, COOTER, MANGOLD, TOMPERT & KARAS, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jay and Constance Briley appeal the district court's order granting Independence Federal Savings Bank's summary judgment motion on its breach of contract claim. The Brileys have also filed several motions in this court, including motions for appointment of counsel, for dismissal of judgment, and for the Bank to provide documentation of tax relief it allegedly received. We have reviewed the record and find no reversible error. Accordingly, we deny the pending motions and affirm the district court's order and judgment. <u>Independence Fed. Sav. Bank v. Briley</u>, No. 1:08-cv-01189-LO-JFA (E.D. Va. filed Oct. 27, 2009 & entered Oct. 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>